**IT IS SO ORDERED.**

Dated:  12:08 PM January 20 2011

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1013090
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE: | Case No. 10-54800 |
| Scott J. McDaniel<br>Misty A McDaniel | Chapter 7 |
| | Judge Shea-Stonum |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT**<br>**5225 WATERLOO ROAD, ATWATER, OH 44201** |

     This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **18**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 5225 Waterloo Road Atwater, OH 44201.

###

SUBMITTED BY:

/s/ Rachel K Pearson
Rachel K Pearson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0079176
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Deron M Boring, Esq. - Attorney for Debtors
402 S. Chestnut St.
PO Box 413
Ravenna, OH 44266
dmboring@attydmb.com
VIA ELECTRONIC SERVICE

Harold A. Corzin - Trustee
304 North Cleveland Massillon Road
Common Wealth Square
Akron, OH 44333
hcorzin@csu-law.com
VIA ELECTRONIC SERVICE

Fifth 3rd Bank - Creditor
5050 Kingsley Drive
Cincinnati, OH 45263
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Scott J. McDaniel - Debtor
5225 Waterloo Road
Atwater, OH 44201
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Misty A McDaniel - Debtor
5225 Waterloo Road
Atwater, OH 44201
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Rachel K Pearson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE