IN RE:                                              CASE NO. 10-54800-S

SCOTT J. McDANIEL                                   CHAPTER 7
MISTY A. McDANIEL
      Debtors                                       REPORT OF DIVIDEND
                                                  UNDER FIVE DOLLARS

     Harold A. Corzin, Trustee herein, reports that check #112 in the amount of $4.79 was issued on May 26, 2011 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

                                                                        Amt. of Dividend

| Claim # | Creditor | Amount |
|---|---|---|
| Claim #4 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1.79 |
| Claim #5 | Associated Surgical Spec., Ltd.<br>95 Arch St.<br>Akron, OH 44304 | $ 1.66 |
| Claim #6 | Ron Hyre<br>2229 8th St.<br>D21598<br>Cuyahoga Falls, OH 44221 | $ .27 |
| Claim #8 | Ohio Edison Company<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | $ .13 |
| Claim #11 | CBSC, Inc.<br>PO Box 2818<br>North Canton, Oh 44720 | $ .94 |

TOTAL:                                                         $  4.79

*ck # 112*
*receipt # 82394*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

May 26, 2011